WALTER F. SUMMERTON, RELATOR, v. CITY OF ELIZA-
BETH AND WILLIAM D. NOLAN ET AL., COMPRISING
THE CIVIL SERVICE COMMISSION, RESPONDENTS.

Submitted December 3, 1923—Decided March 12, 1924.

**Public Officers—Superintendent of Alms House—Appointment
Contrary to L. 1920, c. 298, and L. 1922, c. 52, Relating to
Veterans—Constitutionality of Acts Sustained.**

On application for *mandamus*.

Before Justices Trenchard and Campbell.

For the relator, *Stamler, Stamler & Koestler*.

For the respondents, *Thomas F. McCran*, attorney-gen-
eral.

For the city of Elizabeth, *Joseph T. Hague*.

Per Curiam.

This is an application for a *mandamus* to compel the civil
service commission to certify for payment by the city of
Elizabeth the salary or compensation of relator as superin-
tendent of the almshouse of Elizabeth.

Relator and others submitted themselves to an examination
conducted by the civil service commission and he and two
others, the latter being honorably discharged soldiers, were
certified to the city of Elizabeth as being eligible for appoint-
ment.

The relator was appointed. The civil service commission
contends that the appointment should have gone to one of
the honorable discharged soldiers, certified, and, therefore,
decline to give the certificate necessary to be had in order to
pay relator his salary. Five reasons are assigned by relator
why the writ of *mandamus* should be awarded to him.

1. That the Civil Service act does not apply to the position in question. We are of the opinion that it does.

2. That chapter 298 (*Pamph. L.* 1920) is unconstitutional because it violates the fourteenth amendment to the constitution of the United States. We think the act in question has no such infirmity.

3. That chapter 298 (*Pamph. L.* 1920) is unconstitutional because it violates article 4, § 7, ¶ 4 of the state constitution. We hold that this is not so.

4. That section 21 of the original Civil Service act of 1908 is not mandatory. With this we agree; but chapter 298 (*Pamph. L.* 1920), amending section 21, is mandatory.

That chapter 52 (*Pamph. L.* 1922) repeals chapter 298 (*Pamph. L.* 1920). Not so. the act of 1922 simply increases the rights and preferences of *disabled veterans* over civilians and honorably discharged, non-disabled veterans.

The application for the writ is therefore denied and the rule to show cause discharged, with costs.